AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

SSJ ENTERPRISES, LLC and STREET SEARCH, LLC, Plaintiffs

V.

ICOA, INC., GEORGE STROUTHOPOULOS, and ERWIN VAHLSING, JR., Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: C.A. No.

CA 04 435T

TO: (Name and address of Defendant)

Erwin Vahlsing, Jr.
111 Airport Road
Warwick, RI 02889

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard E. Walker
Attorney at Law
P.O. Box 299
Hope Valley, R.I. 02832
Tel: (401) 539-8236
Fax: (401) 539-0066
E-mail: hewlaw@direcway.com

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10-8-04

Doreen Baldwin

(By) DEPUTY CLERK

2

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-12-04 |
| NAME OF SERVER *(PRINT)* Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 111 Airport Road, Warwick, R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $40.00 | $40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/12/04 at 2:13 pm
Date

Robert J. Kilduff
*Signature of Server*

16 Cornell Ave
*Address of Server*
Rumford, R.I. 02916

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2004 OCT 18 A 11:10

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

SSJ ENTERPRISES, LLC and STREET SEARCH, LLC, Plaintiffs

V.

ICOA, INC., GEORGE STROUTHOPOULOS, and ERWIN VAHLSING, JR., Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No.

CA 04 435T

TO: (Name and address of Defendant)

George Strouthopoulos
111 Airport Road
Warwick, RI 02889

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard E. Walker
Attorney at Law
P.O. Box 299
Hope Valley, R.I. 02832
Tel: (401) 539-8236
Fax: (401) 539-0066
E-mail: hewlaw@direcway.com

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10-8-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-12-04 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 111 Airport Road Warwick, R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $40.00 | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/12/04
Date

[signature]
*Signature of Server*

16 Cornell Ave
*Address of Server*
Rumford, R.I. 02916

FILED
DISTRICT COURT
DISTRICT OF RHODE ISLAND
2004 OCT 18 A 11:10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

SSJ ENTERPRISES, LLC and STREET SEARCH, LLC, Plaintiffs

V.

ICOA, INC., GEORGE STROUTHOPOULOS, and ERWIN VAHLSING, JR., Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: C.A. No.

CA 04 435T

TO: (Name and address of Defendant)

ICOA, Inc.
111 Airport Road
Warwick, RI 02889

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard E. Walker
Attorney at Law
P.O. Box 299
Hope Valley, R.I. 02832
Tel: (401) 539-8236
Fax: (401) 539-0066
E-mail: hewlaw@direcway.com

an answer to the complaint which is served on you with this summons, within 20 (twenty) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

10-8-04

DATE

Doreen Baldelli

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10-12-04 |
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): CFO to an Agent Authorized by Appointment or by law to receive Service of Process, namely Erwin Vahlsing Jr.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $ 40.00 | $ 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/12/04
Date

[signature]
*Signature of Server*

26 Cornell Ave
*Address of Server*
Rumford, R.I. 02916

FILED
2004 OCT 18 A 11: 10
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.