UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
NOV 03 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SSJ ENTERPRISES, LLC and STREET SEARCH, LLC,
PLAINTIFFS,

VS. C.A. NO.: 04-0435/T

ICOA, INC., GEORGE STROUTHOPOULOS and ERWIN VAHLSING, JR.,
DEFENDANTS

**STIPULATION**

BY AGREEMENT OF THE PARTIES HERETO, defendants ICOA, Inc. ("ICOA"), George Strouthopoulos ("Strouthopoulos") and Erwin Vahlsing, Jr. ("Vahlsing"), and each of them, may have up to, and including, November 22, 2004, within which to answer, or otherwise respond to, plaintiffs SSJ Enterprises, LLC and Street Search, LLC's Complaint in connection with the above-entitled action.

Agreed, consented, and stipulated to:

SSJ Enterprises, LLC and Street Search, LLC

By its Attorney,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, RI 02832
Tel.: (401) 439-8236
Fax: (401) 539-0066

ICOA, Inc., George Strouthopoulos and Erwin Vahlsing, Jr.

By their Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

Dated: October 30, 2004

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 11/5/04

3