UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC and STREET SEARCH, LLC, PLAINTIFFS, | : | |
| VS. | : | C.A. NO.: 04-0435/T |
| ICOA, INC., GEORGE STROUTHOPOULOS and ERWIN VAHLSING, JR., DEFENDANTS | : | |

**Entry of Appearance**

I, W. Mark Russo of Ferrucci Russo P.C., hereby enter my appearance on behalf of Defendants, ICOA, Inc., George Strouthopoulos and Erwin Vahlsing with the above-entitled action..

Respectfully submitted,
ICOA, Inc., George Strouthopoulos and Erwin Vahlsing
By their Attorneys,

W. Mark Russo (#3937)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: November __, 2004

5

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail upon the following on this 10th day of November, 2004:

Howard E. Walker, Esq.
P.O. Box 299
Hope Valley, RI 02832