UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC and STREET SEARCH, LLC, Plaintiffs | : | C.A. No. 2004-0435/T |
| vs. | : | |
| ICOA, INC., GEORGE STROUTHOPOULOS, and ERWIN VAHLSING, JR., Defendants | : | |

**PLAINTIFFS' ANSWER TO ICOA, INC'S COUNTERCLAIM**

**FIRST DEFENSE**

Plaintiffs respond as follows to the numbered paragraphs of ICOA's counterclaim:

1. Admitted, upon information and belief.

2. Admitted.

3. Admitted.

4. Lack knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

5. Lack knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

6. Lack knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

7. Admitted.

8. Denied.

8

9. Admit that on or about February 24, 2004 Plaintiffs received a signed contract from ICOA and deny the remaining allegations.

10. Denied.

11. Admit ICOA was not performing its obligations under the contract, lack knowledge or information sufficient to form a belief as to the truth of the allegations about reporting and disclosure, and deny the remaining allegations.

12. Denied.

13. Admit that at or about the time alleged, Plaintiff's sent ICOA a draft of a complaint alleging ICOA was in breach of an enforceable contract, and deny the remaining allegations.

14. Admit telling Cornell Capital that Plaintiffs were contractually entitled to the number of ICOA shares specified in Plaintiffs agreements with ICOA, and deny the remaining allegations.

15. Repeat and reallege paragraphs 1 through 15 hereof.

16. Denied.

17. Denied.

18. Repeat and reallege paragraphs 1 through 17 hereof.

19. Denied.

20. Denied.

21. Repeat and reallege paragraphs 1 through 20 hereof.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Repeat and reallege paragraphs 1 through 15 hereof.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Repeat and reallege paragraphs 1 through 15 hereof.

34. Lack knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

35. Denied.

36. Denied.

37. Denied.

**SECOND DEFENSE**

38. ICOA's claims for misrepresentation and fraud are not alleged with the particularity Rule 9 requires.

WHEREFORE, Plaintiffs demand judgment dismissing the counterclaim and for costs

By their Attorneys,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@direcway.com

Dated: December 13, 2004.

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the above document upon the following counsel by mail on December 13, 2004:

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence RI 02903