UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SSJ ENTERPRISES, LLC and
STREET SEARCH, LLC, Plaintiffs

C.A. No. 2004-0435/T

vs.

ICOA, INC., GEORGE
STROUTHOPOULOS, and ERWIN
VAHLSING, JR., Defendants

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO COMPEL INITIAL DISCLOSURES**

Plaintiffs object to defendants motion to compel initial disclosures and as grounds therefore state as follows:

First, the motion is and was quite unnecessary, inasmuch as plaintiffs were serving their Initial Disclosures even as defendants were serving their motion. See attached.

Second, the motion is moot: plaintiffs have made their Initial Disclosures, and indeed have gone defendants one better by providing defendants with pertinent documents rather than merely inviting defendants to come look at them as did defendants.

Therefore, the court should deny the motion to compel.

10

By their Attorneys,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@direcway.com

Dated: January 12, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the above document upon the following counsel by mail on January 13, 2005:

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence RI 02903

**E-mail**

| | |
|---|---|
| From: | Howard |
| Date: | Tue Jan 11, 05 - 12:22 PM - E-mail |
| To: | 'cmulhearn@frlawri.com' |
| CC: | 'W. Mark Russo' |
| Subject: | Re: SSJ v. ICOA |
| Contact: | Christopher M. Mulhearn |
| File: | SSJ, - ICOA Corporation Litigati - 019/04-043 |

Gentlemen:

Attached please find Plaintiffs' initial disclosures.

Regards,

Howard

Attachments: 050111 Plaintiffs Initial Disclosures.pdf; Initial Disclosure.BATES.pdf; Emails -- ICOA.BATES.pdf

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC and STREET SEARCH, LLC, Plaintiffs | : | C.A. No. 2004-0435/T |
| vs. | : | |
| ICOA, INC., GEORGE STROUTHOPOULOS, and ERWIN VAHLSING, JR., Defendants | : | |

## PLAINTIFFS' INITIAL DISCLOSURES

**1. Names and addresses of individuals likely to have discoverable information:**

a. George Strouthopoulos, Chief Executive Officer, ICOA, Inc., 111 Airport Road, Warwick, Rhode Island 02889; Telephone No.: (401) 739-9205.

b. Erwin Vahlsing, Jr., Chief Financial Officer, ICOA, Inc., 111 Airport Road, Warwick, Rhode Island 02889; Telephone No.: (40 1) 739-9205.

c. W. Leighton Stallones, First Avantus Securities, Inc., 8911 Capital of Texas, Suite 3 100, Austin, Texas 78759; Telephone No.: (5 12) 275-0839.

d. Stephen S. Jemal, Manager, SSJ Enterprises, LLC, 992 East 7th Street, Brooklyn, New York 11230; Telephone No.: (718) 677-7070.

e. Jeffrey Podesta, Manager, Street Search, LLC, 145 Bingham Avenue, Rumson, New Jersey 07760; Telephone No.: (732) 450-3700.

f. Marcel L. Engenheiro, Senior Vice President, Cornell Capital Partners, LP, 101 Hudson Street, Suite 3606, Jersey City, New Jersey 07302; Telephone No.: (201) 985-8300.

g. Rick Schiffmann, President, Airport Network Solutions, c/o ICOA, Inc., 111 Airport Road, Warwick, Rhode Island 02889; Telephone No.: (401) 739-9205.

(Plaintiffs reserve the right to seasonably supplement this initial disclosure in accordance with the applicable Federal Rules of Civil Procedure.)

**2. Documents Plaintiffs may use in support of their claims and defenses:**

See the following files, which are being provided to defense counsel contemporaneously herewith:

Initial Disclosure.BATES.pdf

Emails – ICOA.BATES.pdf

By their Attorneys,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@direcway.com

Dated: January 11, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the above document upon the following counsel by E-mail and regular mail on January 11, 2005 :

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence RI 02903