UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC, PLAINTIFFS | : | |
| VS. | : | C.A. NO.: 04-0435/T |
| ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR., DEFENDANTS | : | |

**DEFENDANTS' WITHDRAWAL OF MOTION TO COMPEL INITIAL DISCLOSURES**

NOW COME Defendants ICOA, Inc. ("ICOA"), George Strouthopoulos ("GS") and Erwin Vahlsing, Jr. ("EV") (collectively hereinafter referred to as the "Defendants"), and each of them, by and through counsel, and hereby withdraws their previously filed motion to compel initial disclosures in connection with the above-captioned action..

In support of the within withdrawal of said motion, the Defendants respectfully submit that subsequent to the filing of the subject motion to compel, plaintiffs SSJ Enterprises, LLC ("SSJ") and Street Search, LLC ("Street Search") (collectively hereinafter referred to as the "Plaintiffs") filed their initial disclosures in conformity with Rule 26(a)(1) of the Federal Rules of Civil Procedure, and, further, served the same upon the Defendants thereafter. As such, the Defendants' motion to compel initial disclosures is now moot.

11

WHEREFORE, for the foregoing reasons, the Defendants hereby withdraw their earlier filed motion to compel initial disclosures in this matter.

Respectfully submitted,

ICOA, Inc., George Strouthopoulos, and
Erwin Vahlsing, Jr.

By their Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (# 5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401)-455-1000
Fax: (401)-455-7778

Dated: January 17, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail upon the following on this 17th day of January, 2005:

**Howard E. Walker, Esq.**
P.O. Box 299
Hope Valley, RI 02832