UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC,
PLAINTIFFS

VS. C.A. NO.: 04-0435/T

ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR.,
DEFENDANTS

## DEFENDANTS' WITHDRAWAL OF MOTION TO COMPEL INITIAL DISCLOSURES

NOW COME Defendants ICOA, Inc. ("ICOA"), George Strouthopoulos ("GS") and Erwin Vahlsing, Jr. ("EV") (collectively hereinafter referred to as the "Defendants"), and each of them, by and through counsel, and hereby withdraws their previously filed motion to compel initial disclosures in connection with the above-captioned action..

In support of the within withdrawal of said motion, the Defendants respectfully submit that subsequent to the filing of the subject motion to compel, plaintiffs SSJ Enterprises, LLC ("SSJ") and Street Search, LLC ("Street Search") (collectively hereinafter referred to as the "Plaintiffs") filed their initial disclosures in conformity with Rule 26(a)(1) of the Federal Rules of Civil Procedure, and, further, served the same upon the Defendants thereafter. As such, the Defendants' motion to compel initial disclosures is now moot.

Granted.

David L. Martin
David L. Martin
U.S. Magistrate Judge
January 24, 2005

RECEIVED
JAN 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 1/19/05

12