To U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 1/19/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC,
PLAINTIFFS

VS. : C.A. NO.: 04-0435/T

ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR.,
DEFENDANTS

RECEIVED
JAN 19 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' MANDATORY INITIAL DISCLOSURES**

NOW COMES defendants Icoa, Inc. ("Icoa"), George Strouthopoulos ("Strouthopoulos"), and Ervin Vahlsing, Jr. ("Vahlsing") (collectively hereinafter referred to as the "Defendants"), by and through counsel, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, and hereby move this Court for an order compelling plaintiffs SSJ Enterprises ("SSJ") and Street Search, LLC ("Street Search") (collectively hereinafter as the "Plaintiffs"), and each of them, to make their mandatory initial disclosures to the Defendants in accordance with Rule 26(a)(1) within two (2) days of the hearing date of the written motion, or not less than five (5) days prior to the scheduled February 10th pretrial conference in the instant action, which ever date is earlier.

On November 10, 2004, the Defendants communicated with Plaintiffs, and requested that the parties engage in the required Rule 26(f) discovery scheduling conference. See Defendants' correspondence, dated November 10, 2004, attached hereto as Exhibit "A". On December 1, 2004, the Plaintiffs responded to the Defendants, and advised that they were not willing to engage in the Rule 26(f) discovery settlement conference until such time as they had answered

Withdrawn as moot.

David L. Martin
David L. Martin, U.S.M.J.
January 24, 2005

13