**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC,** **PLAINTIFFS** | : | |
| **VS.** | : | **C.A. NO.: 04-0435/T** |
| **ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR.,** **DEFENDANTS** | : | |

**MOTION TO WITHDRAW AS LEGAL COUNSEL**

NOW COME W. Mark Russo, Esq. and Christopher M. Mulhearn, Esq., of Ferrucci Russo, PC, and hereby move this Court for an order permitting them, and Ferrucci Russo, PC, to withdraw as legal counsel on behalf of defendants Icoa, Inc., Ervin Vahlsing, Jr., and George Strouthopoulos, and each of them, in connection with the above-entitled action.

As reason therefore, the undersigned counsel states that there has been an irreconcilable breakdown in the attorney-client relationship that has made it impracticable to continue to effectively assist the defendants in this matter.

Respectfully submitted,

W. Mark Russo (#3937)
Christopher M. Mulhearn (# 5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401)-455-1000
Fax: (401)-455-7778

Dated: May 4, 2005

15

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail and via certified mail, return receipt requested, upon the following on this 5th day of April, 2005:

**Howard E. Walker, Esq.**
P.O. Box 299
Hope Valley, RI 02832

**Icoa, Inc.**
c/o Francis D. Parisi, Esq.
Registered Agent
202 Broadway
Providence, RI 02903

**Erwin Vahlsing, Jr.**
Chief Financial Officer
c/o Icoa, Inc.
111 Airport Road
Warwick, RI 02889

**George Strouthopoulos**
Chief Executive Officer and President
c/o Icoa, Inc.
111 Airport Road
Warwick, RI 02889

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC,** **PLAINTIFFS** | : | |
| **VS.** | : | **C.A. NO.: 04-0435/T** |
| **ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR.,** **DEFENDANTS** | : | |

**AFFIDAVIT OF NON-MILITARY SERVICE**

I, W. Mark Russo, having first been duly sworn, on oath depose and say that to the best of my knowledge and belief Defendants, Icoa, Inc., George Strouthopoulos and Erwin Vahlsing, Jr. are not in the military service of the United States nor of any nation. Defendants are not infants or incompetent, with their current addresses as follows:

**Icoa, Inc.**
c/o Francis D. Parisi, Esq.
Registered Agent
202 Broadway
Providence, RI 02903

**Erwin Vahlsing, Jr.**
Chief Financial Officer
c/o Icoa, Inc.
111 Airport Road
Warwick, RI 02889

**George Strouthopoulos**
Chief Executive Officer and President
c/o Icoa, Inc.
111 Airport Road
Warwick, RI 02889

W. Mark Russo

Subscribed and sworn to before me at Providence County this 4th day of May, 2005.

Darlene M. Morris
Notary Public
My Commission Expires 8/6/05