UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SSJ ENTERPRISES, LLC and
STREET SEARCH, LLC, Plaintiffs

vs.

ICOA, INC., GEORGE
STROUTHOPOULOS, and ERWIN
VAHLSING, JR., Defendants

C.A. No. 2004-0435/T

FILED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION TO ENLARGE PRE-TRIAL ORDER**

Plaintiffs move for an order enlarging the Closure Date in the Pre-trial Order from June 30, 2005 to August 31, 2005, for the reasons set forth in the memorandum below.

By their Attorneys,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@direcway.com

Dated: May 19, 2005

**MEMORANDUM IN SUPPORT OF MOTION TO ENLARGE PRE-TRIAL ORDER**

At the Rule 16 conference on March 3, the court set a Closure Date of June 30 and with the agreement of the parties directed that the Mandatory Settlement Conference be held in early May. This was done so that the parties could address settlement early in the litigation, before incurring significant expense for discovery.

16

The settlement conference with the Magistrate was set for May 11. As that date approached, however, counsel for the defendants moved for leave to withdraw and requested postponement of the conference. The court has not yet acted on the motion to withdraw, and there has not yet been an entry of appearance by substitute counsel. The Magistrate has continued the settlement conference to June 20, to give defendants time to retain substitute counsel to participate.

True to the spirit of the Pre-trial Order, Plaintiffs have "held fire" on discovery, in the hope that the settlement conference would be productive.

The requested enlargement of the Closure Date would be in keeping with the spirit of the court's Pre-trial Order, in that it would give the parties an opportunity for facilitated settlement discussions before they incur the expense of discovery. The requested enlargement should not burden or inconvenience the court.

For these reasons, the court should grant the motion to enlarge the Closure Date to August 31, 2005.

Respectfully submitted,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@direcway.com

Dated: May 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the above document upon the following counsel by E-mail and First Class Mail on May 19, 2005:

W. Mark Russo, Esq.
Christopher M. Mulhearn, Esq.
Ferrucci Russo P.C.
55 Pine Street
4th Floor
Providence RI 02903