FILED
MAY 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SSJ ENTERPRISES, LLC and
STREET SEARCH, LLC, Plaintiffs

vs.

ICOA, INC., GEORGE
STROUTHOPOULOS, and ERWIN
VAHLSING, JR., Defendants

C.A. No. 2004-0435/T

**PLAINTIFFS' MOTION TO ENLARGE PRE-TRIAL ORDER**

Plaintiffs move for an order enlarging the Closure Date in the Pre-trial Order from June 30, 2005 to August 31, 2005, for the reasons set forth in the memorandum below.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
6/14/05

By their Attorneys,

Howard E. Walker

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@direcway.com

Dated: May 19, 2005

**MEMORANDUM IN SUPPORT OF MOTION TO ENLARGE PRE-TRIAL ORDER**

At the Rule 16 conference on March 3, the court set a Closure Date of June 30 and with the agreement of the parties directed that the Mandatory Settlement Conference be held in early May. This was done so that the parties could address settlement early in the litigation, before incurring significant expense for discovery.