**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC,** **PLAINTIFFS** | : | |
| **VS.** | : | **C.A. NO.: 04-0435/T** |
| **ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR.,** **DEFENDANTS** | : | |

**WITHDRAWAL OF MOTION TO WITHDRAW AS LEGAL COUNSEL**

NOW COME W. Mark Russo, Esq. and Christopher M. Mulhearn, Esq., of Ferrucci Russo, P.C., and hereby withdraw the previously filed motion to permit them, and Ferrucci Russo, P.C., to withdraw as legal counsel on behalf of defendants Icoa, Inc., Ervin Vahlsing, Jr., and George Strouthopoulos, and each of them, in connection with the above-entitled action.

Respectfully submitted,

W. Mark Russo (#3937)
Christopher M. Mulhearn (# 5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401)-455-1000
Fax: (401)-455-7778

Dated: June 20, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid upon the following on this 20th day of June, 2005:

**Howard E. Walker, Esq.**
P.O. Box 299
Hope Valley, RI 02832

**Icoa, Inc.**
c/o Francis D. Parisi, Esq.
Registered Agent
202 Broadway
Providence, RI 02903

**Erwin Vahlsing, Jr.**
Chief Financial Officer
c/o Icoa, Inc.
111 Airport Road
Warwick, RI 02889

**George Strouthopoulos**
Chief Executive Officer & President
c/o Icoa, Inc.
111 Airport Road
Warwick, RI 02889

Darlene Morris