UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC, PLAINTIFFS | : | |
| VS. | : | C.A. NO.: 04-0435/T |
| ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR., DEFENDANTS | : | |

## Amended Notice to Take Deposition

TO: **Mr. Jeff Podesta**
**Street Search, LLC**
**c/o Howard E. Walker, Esq.**
**P.O. Box 299**
**Hope Valley, RI 02832**

**Rhode Island Court Reporting**
**25 Sea View Avenue**
**East Providence, RI 02915**

KINDLY TAKE NOTICE that at **1:30 p.m.**, on **Wednesday, July 27, 2005**, at the offices of Ferrucci Russo, P.C., 55 Pine Street, 4th Floor, Providence, Rhode Island, 02903, the attorneys for defendants ICOA, Inc., George Strouthopoulos and Erwin Vahlsing, Jr., W. Mark Russo, Esq. and Christopher M. Mulhearn, Esq., will take the deposition of **Jeff Podesta - Street Search, LLC** by stenographic means before an officer authorized to administer oaths. The deposition will continue from day to day until completed.

Deponent is required to bring the documents referenced on Exhibit A attached hereto.

You are hereby invited to attend and cross-examine.

Respectfully submitted,

ICOA, Inc., George Strouthopoulos, and
Erwin Vahlsing, Jr.

By their Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (# 5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401)-455-1000
Fax: (401)-455-7778

Dated: July 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail upon the following on this 18th day of July, 2005:

**Howard E. Walker, Esq.**
P.O. Box 299
Hope Valley, RI 02832

Darlene Morris

**Exhibit A**

1. True and accurate copies of any and all contracts entered into by and between Street Search, LLC ("Street Search") and any other person and/or entity to provide investor relations, broker relations, and/or marketing services during the time period January 1, 2001, through the present.

2. True and accurate copies of any and all contracts entered into by and between Street Search and any other person and/or entity, during the time period January 1, 2001, wherein the compensation component of the contract includes and/or involves payment of compensation to Street Search in the form of shares and/or warrants to purchase shares in publicly-traded companies.

3. True and accurate copies of any and all documents and/or items evidencing and/or reflecting any and all regulatory, criminal, civil, enforcement and/or penalty proceedings initiated against Street Search during the time period January 1, 2001, through the present, by the Federal Trade Commission, Securities and Exchange Commission, State of New York, State of New Jersey, Internal Revenue Service, and/or any and all other governmental, quasi-governmental, and/or regulatory agencies.

4. True and accurate copies of any and all documents and/or items evidencing and/or reflecting any and all fines, penalties, assessments, judgment awards and/or damage assessed against

Street Search, including without limitation any and all of its officers, directors, shareholders, employees, agents, brokers and/or representatives during the time period January 1, 2001, through the present, by the Federal Trade Commission, Securities and Exchange Commission, State of New York, State of New Jersey, Internal Revenue Service, and/or any and all other governmental, quasi-governmental, and/or regulatory agencies.

5. True and accurate copies of any and all articles, publications, seminar materials, training materials and/or published reviews and/or treatises authored, drafted and/or sponsored by Street Search, including without limitation its officers, directors, shareholders, employees, agents, brokers and/or representatives, during the time period January 1, 2001, through the present.

6. True and accurate copies of any and all correspondence, communications, memoranda, reports, summaries, notes, logs, records, recommendations, agreements and/or other documents or writings by and between Street Search and ICOA, Inc. ("ICOA"), and/or any and all of their respective officers, directors, shareholders, employees, agents and/or representatives, during the time period December 1, 2003, through the present, including without limitation, any and all correspondence, electronic communications, memoranda, reports, summaries, notes, logs, records, recommendations, agreements and/or other writings

relating to, in connection with and/or otherwise discussing or addressing any so-called business relationship, purported agreements, negotiations, and/or other dealings by and between Street Search and/or SSJ Enterprises, LLC ("SSJ"), and ICOA.

7. True and accurate copies of any and all correspondence, communications, memoranda, reports, summaries, notes, logs, records, recommendations, agreements and/or other documents or writings by and between Street Search and SSJ, and/or any and all of their respective officers, directors, shareholders, employees, agents and/or representatives, during the time period December 1, 2003, through the present, including without limitation, any and all correspondence, electronic communications, memoranda, reports, summaries, notes, logs, records, recommendations, agreements and/or other writings relating to, in connection with and/or otherwise discussing or addressing any so-called business relationship, purported agreements, negotiations, and/or other dealings by and between Street Search and/or SSJ, and ICOA.