UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC, | : | C.A. No.: 04-0435/T |
| Plaintiffs | : | |
| vs. | : | |
| ICOA, INC.; GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR., | : | |
| Defendants | : | |

JOINT MOTION TO ENLARGE PRE-TRIAL ORDER

All parties hereto move for enlargement of the pre-trial order, extending or enlarging the Discovery Closure Date from August 31, 2005, to September 30, 2005, and extending for the same period any and all dates linked and/or related to the Closure Date.

As grounds for this motion, the parties represent that they have diligently pursued discovery, but logistics - including business travel of a key witnesses - have made it impracticable to complete depositions, and related discovery by August 31st. The parties believe that there should be no difficulty completing all discovery by September 30th.

For these reasons, the parties respectfully pray that this Court enter an order granting the motion and extending the Discovery Closure Date to September 30, 2005.

Respectfully submitted,

SSJ Enterprises, LLC & Street Search, LLC

By their Attorneys,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel.: (401) 539-6767
Fax.: (401) 539-0066
E-mail: hewlaw@direcway.com

ICOA, Inc.; George Strouthopoulos & Erwin Vahlsing, Jr.

By their Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
Ferrucci Russo P.C.
55 Pine Street, 4th Floor
Providence RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778
Email: cmulhearn@frlawri.com