UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CA 04-435T** **DATE: September 19, 2005**

**TITLE: SSJ ENTERPRISES, LLC, ET AL v. ICOA, INC., ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Howard Walker**

**Defendant: Christopher Mulhearn**

**************************************************************************

**Proceedings: Defendants' Motion for Protective Order**

**All counsel of record present. Both sides argue. Court denies the motion for protective order. Mr. Walker to prepare an order.**