UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC, PLAINTIFFS | : | |
| VS. | : | C.A. NO.: 04-0435/T |
| ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR., DEFENDANTS | : | |

## DEFENDANTS' MOTION TO ENLARGE PRE-TRIAL ORDER FOR LIMITED PURPOSE

NOW COMES defendants ICOA, Inc. ("ICOA"), George Strouthopoulos ("Strouthopoulos"), and Ervin Vahlsing, Jr. ("Vahlsing") (collectively hereinafter referred to as the "Defendants"), and each of them, by and through counsel, and hereby move this Court for an order enlarging the Discovery Closure Date in this matter from September 30, 2005, to October 5, 2005, and extending for the same period any and all dates linked and/or related to the above-referenced Closure Date for the limited purpose of endeavoring to resolve a discovery dispute without the necessity of Court intervention , as well as in order to allow the parties to comply with the Court's Pre-Trial Order as a predicate to the filing of a motion for summary judgment in this matter.

In support of their request, the Defendants submit that the parties' recently concluded the taking of depositions in this matter. As of this date, there is still some limited discovery that has been served, and is outstanding. The parties are attending to the same in the ordinary course. Notwithstanding, in addition, the Defendants have written to Plaintiffs' counsel in order to

determine whether a particular discovery dispute may be resolved without the necessity of Court intervention. The Defendants await the Plaintiffs response to this inquiry, and, as such, respectfully request an opportunity to endeavor to amicably resolve the same. The five (5) additional days sought by the Defendants should be sufficient to determine whether this issue may be disposed of without the necessity of any Court action.

Further, Strouthopoulos and Vahlsing, and each of them, have written to Plaintiffs' counsel, and advised as to their intention to move the Court for summary judgment as to Count Four of the Plaintiffs' Complaint in order to further narrow the issues in this matter in anticipation of trial. Again, the Defendants await a response from Plaintiffs' counsel regarding the same, and, further, in order that the parties' may confer and/or report to the Court with respect to said dispositive motion in accord with the Court's Pre-trial Order. As such, the parties seek an opportunity to confer with the Court regarding the same. The Defendants' proposed dispositive motion was not possible until such time as the Plaintiffs completed the taking of depositions in this case, which occurred approximately one week ago, on September 22nd.

Although the Defendants are aware that the Court granted the parties' prior joint motion to enlarge the Pre-trial Order to September 30th on September 13th, and, in so doing, indicated that the Court would not be amenable to further extensions, the Defendants respectfully submit that the limited purpose for which the instant enlargement is sought is not to propound or engage in further discovery, but to endeavor to resolve a discovery dispute without troubling the Court further, as well as to narrow and/or refine issues in advance of trial by way of a motion for summary judgment.

The within request will not interfere with the trial schedule of this case insofar as the same is being made for only a five (5) day period. Even more, the Defendants believe that neither party would be prejudiced as a result of the within request.

WHEREFORE, for the foregoing reasons, the Defendants pray for an order enlarging the Discovery Closure Date for a period of five (5) days, or up to, and including, October 5, 2005, and extending for the same period any and all dates linked and/or related to the above-referenced Closure Date, and, further, that the Defendants be awarded such other further relief as this Court may deem fair, just and meet.

Respectfully submitted,

ICOA, Inc., George Strouthopoulos, and
Erwin Vahlsing, Jr.

By their Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (# 5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401)-455-1000
Fax: (401)-455-7778

Dated: September 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail upon the following on this 30th day of September, 2005:

**Howard E. Walker, Esq.**
P.O. Box 299
Hope Valley, RI 02832

Darlene Morris