UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SSJ ENTERPRISES, LLC AND :
STREET SEARCH, LLC :
:
vs. : C.A. NO. 04-0435/T
:
ICOA, INC., GEORGE :
STROUTHOPOULOS, AND ERWIN :
VAHLSING, JR. :

DEPOSITION OF STEPHEN S. JEMAL produced, sworn and examined on July 28, 2005, at 2:00 P.M. taken on behalf of the Defendants before Linda S. Taylor, a Notary Public in and for the State of Rhode Island, at the Law Offices of Ferrucci Russo, P.C., 55 Pine Street, Providence, Rhode Island 02903.

APPEARANCES

For the Plaintiff:

LAW OFFICES OF HOWARD E. WALKER
BY: HOWARD E. WALKER, ESQ.

For the Defendant:
FERRUCCI RUSSO, P.C.
BY: CHRISTOPHER M. MULHEARN, ESQ.

Also Present: RICK SCHIFFMANN, GEORGE STROUTHOPOULOS, ERWIN VAHLSING, JR., JEFFREY BODESTA, JOSEPH CHREM.

RHODE ISLAND COURT REPORTING
25 SEA VIEW AVENUE
EAST PROVIDENCE, RHODE ISLAND 02915
(401)437-3366



INDEX


| DEPONENT | PAGE |
|---|---|
| STEPHEN S. JEMAL | |
| EXAMINATION BY MR. MULHEARN | 3 |

EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| DEFENDANT'S | | |
| A | AMENDED NOTICE OF DEPOSITION | 137 |


COPY





(COMMENCED AT 2:45 P.M.)
STEPHEN S. JEMAL
Being duly sworn, deposes and testifies as follows:
THE REPORTER: Would you state your full name for the record, please.
THE DEPONENT: Stephen S. Jemal.
EXAMINATION BY MR. MULHEARN
**Q. Good afternoon, Mr. Jemal.**
A. Good afternoon.
**Q. As you know, we had met earlier this afternoon, my name is Chris Mulhearn. I'm an attorney here in Providence, and my firm represents the Defendants in the legal action that finds us here this afternoon. That's the case captioned SSJ Enterprises, LLC, et al vs. ICOA, Inc., et al. It's a United States District Court for the District of Rhode Island matter, C.A. Number 04-435/T.**
**Have you given a deposition before?**
A. No, sir.
**Q. So this is the first time?**
A. Yes, sir.
**Q. Okay. Just a couple of -- they're pretty basic, but just a couple of ground rules just the same.**



**I'm going to ask you a series of questions this afternoon regarding principally the lawsuit, but probably some other ancillary related matters.**
**As you can see, to my right, to your left is a court reporter/stenographer. She's going to create a transcript of this afternoon's procedures. I'm going to ask a series of questions today. Any time you don't understand a question I ask, let me know. I'll gladly ask it a different way. If you need the question repeated, let me know and we'll have the stenographer read it back for you.**
A. Sure.
**Q. You'll probably hear your attorney interpose objections from time to time. That's to create objections on the record. You will be required to answer all questions that are put to you unless you're specifically instructed by your counsel not to answer the question.**
**If at any time you need to take a break to use the restroom, for another beverage, to confer with Mr. Walker, I'll gladly accommodate that request. I'd just ask that we don't take a break when there's a question pending. If there's a question asked and it's responded to and then you want to**

A. Marcel told me.
**Q. Other than that.**
A. That's it. How else would I know?
**Q. You have no other evidence?**
A. How else would I know? I'll ask you the question. How would I know if he didn't tell me?
**Q. I'll ask the questions today, with all due respect.**
A. No. Shut the machine off. How would I know? How would I know?
**Q. You raise another issue that I wanted to get into and might as well get into it right now. You indicated correctly that among the Defendants named in this particular action are Mr. Vahlsing and Mr. Strouthopoulos, correct?**
A. Strouthopoulos.
**Q. Correct? Am I correct?**
A. What's the question?
**Q. You have named them as individual Defendants in a fraud count?**
A. That's right.
**Q. And actually I'll read to you from the complaint. I'm looking for some information. At paragraph 49, SSJ alleges that these two individuals misrepresented and concealed and intended to**



**deceive you or SSJ and induce its reliance, correct?**
A. Correct.
**Q. Now, it is SSJ's contention that it has a contract or an agreement with ICOA, correct?**
A. I have a contract with ICOA, correct.
**Q. SSJ does?**
A. And Street Search.
**Q. Is either Mr. Vahlsing or Mr. Strouthopoulos.**
A. Strouthopoulos.
**Q. I apologize. I'm not Greek. For purposes of our discussion, we'll call him George S.**
A. Call him Mr. S.
**Q. They are not parties to any such agreement or contract if one does exist, correct?**
A. Incorrect.
**Q. Specifically they were named parties in any such agreement?**
A. As I understand it, I made a deal with a man. I made a deal with two men. I made a deal with George Strouthopoulos and with Erwin Vahlsing. We made a deal. We signed a contract. As far as all the other legalese, I have a very competent man on my right that will explain whether or not it's



George and Erwin collectively, individually, and including ICOA. I don't have that legal mind like you guys. I just know the facts and I know the truth and I speak it. I made a deal with George. I made a deal with Erwin. I signed a contract with them. I didn't get paid.
**Q. Okay. I'm going to show you Exhibit A to SSJ's complaint. Do you know what that is?**
A. This is the cover sheet of our agreement.
**Q. What do you mean cover sheet?**
A. This is the first page of our contract.
**Q. Could you read the first paragraph to me?**
A. "This services agreement dated as of October 20, 2003 (the "Agreement") by and between ICOA, Inc. a Nevada corporation (the "Company") and SSJ Enterprises, LLC, a Limited Liability Corporation with offices at 992 East 7th Street, Brooklyn, New York, 11230, and Street Search, LLC, a Limited Liability Corporation with offices at 145 Bingham Avenue, Rumson, New Jersey, 07760, the consultants, individually a party, collectively the parties."
**Q. Based on that introductory paragraph to that writing, who are the parties to that writing?**



A. Individually, they would be the people that represent these companies; collectively, they would be the companies.
**Q. What do you base your statement that people who represent the companies are parties to that writing?**
A. Because the word individual defines a homo sapien, human being. It's an individual. It's not a corporation. It says here clearly in back and white the word individual, meaning a person, a human being. A company is not an individual. Our company, I'm SSJ Enterprises, but I'm also an individual. You're a company, you have a law firm, but you're also an individual. And if on the same paragraph where it says a company, a corporation, a limited liability corporation, and if it uses that word individually, to me, again, I'm not a lawyer, I'm not of that mental ilk to be a lawyer, I don't have that kind of legal mind, I hope one of my kids will because I could use a good lawyer in the family, but the word individual to me connotates a human being, whether it be a male or female. That's a human being. That's a human word. That humanizes. And I absolutely feel that there's a

human being, especially when I'm dealing with a man named George and a man named Erwin and I shake hands with them.

And I come from the old school. I'm a young man, Chris, but I come from the old school. I was brought up by an old man in the days when a handshake was a contract. It's amazing, a contract never has to come out until there's a problem, and now we have a problem.

**Q. At all times when you dealt with either George or Erwin, what was your understanding of their role in any of those dealings?**

A. They were the engineers of the contract.

**Q. Did you have an understanding as to what their role was vis-a-vis ICOA? What were their positions in ICOA?**

A. Erwin Vahlsing is the CFO of the company who was totally distrustful of his CEO. George Strouthopoulos is the CEO of the company who is reading this man's e-mails and tapping his phones. Erwin Vahlsing, the CFO of the company, is fearing for his very existence, has no money to operate with, and knows that there's another person, Rick Schiffmann that's coming up in the ranks. He wants



to be the CEO, he doesn't trust the CFO, and he hates the new incoming CEO.

**Q. But as I understand it, it was your understanding, if you will, that George was the CEO and the Erwin was the CFO of ICOA?**

A. Correct.

**Q. At all times that SSJ dealt with them?**

A. Correct.

**Q. And at all times they were acting in their capacities as officers of that company, correct?**

A. Sure, and as major shareholders of the company. These are the shareholders. He's the company. I'm talking to George. I'm talking to the company. I'm talking to the guy that promised to Erwin, to Rick, to Tom and Dick and Harry and George and Paul and Ringo, promised them all these shares of the company and, "Don't worry. When I reorganize the company, you're all going to get paid." Those were his words to me. "But I have to go to all of these guys first before I make any kind of a deal with you. I've got to go to all these guys first and have them bless it." Why? Because I don't have enough authorized stock in the company to pay you the 100 million shares I



promised you. So I have to have each one of them bless it, so to speak, so they would all -- let's say for instance, if he promised Erwin 10 million shares, he has to tell Erwin, "Would you be willing to take a haircut to bring in Stephen and Jeff?"

And then he calls me back and tells me it's done. I got all their blessings before February 12 of '04, before we went to the Blue Water Grill to cement the relationship and break, quote/unquote, the proverbial bread.

Because I told George, "I don't want to waste your time, George. I don't want to waste my time. I am not in the business of wasting my time. My time is very valuable. Jeff and I are only going to work on two, maybe three companies the entire year. We're only two people." I represented it as that. "We are only two people. We are ten times the price and we have 1/50 the manpower, but we are human dynamos that can move mountains."

"I want you. I cleared it with them. They want you. You're in."

**Q. Other than SSJ and Street Search's business relationship with ICOA and X-ray Media, SSJ and Street Search have had no other business**



**relationships of that same nature with any other business, correct?**

A. No.

**Q. And as it relates to those two, both of those business relationships, they both resulted in lawsuits, correct?**

A. Yes.

**Q. Now, turning your attention back to the fourth count of the complaint which deals again with the allegations of fraud against George and Erwin in their individual capacities. Specifically, what is the basis of the allegation that in their individual capacities, George and Erwin misrepresented or concealed certain things including their intentions with the intent to deceive SSJ?**

A. I need you to repeat that because that was a long question.

**Q. Sure.**

MR. MULHEARN: Could you read it back, please?

(LAST QUESTION READ)

A. Two pronged. The first prong, I'm dealing with George and Erwin and they are representing to