UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC, PLAINTIFFS | : | |
| VS. | : | C.A. NO.: 04-0435/T |
| ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR., DEFENDANTS | : | |

**GEORGE STROUTHOPOULOS & ERWIN VAHLSING, JR.'S STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 12.1 IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO COUNT FOUR OF PLAINTIFFS' COMPLAINT**

NOW COMES defendants George Strouthopoulos ("Strouthopoulos") and Erwin Vahlsing, Jr. ("Vahlsing"), and each of them, by and through counsel, pursuant to Local Rule 12.1 of the Local Rules of the United States District Court for the District of Rhode Island, and hereby submit the within statement of undisputed facts in support of Strouthopoulos and Vahlsing's accompanying motion for summary judgment against plaintiffs SSJ Enterprises, LLC ("SSJ") and Street Search, LLC ("Street Search") (collectively, the "Plaintiffs") with respect to Count Four of the Plaintiffs' Complaint in connection with the above-entitled action.

In support of said motion for summary judgment, Strouthopoulos and Vahlsing respectfully state, and represent, that the following facts are undisputed:

1. At all times relevant to the instant action, including during the calendar years 2003 and 2004, Erwin Vahlsing, Jr. ("Vahlsing") was the Chief Financial Officer of ICOA, Inc. ("ICOA").
2. At all times relevant to the instant action, including during the calendar years 2003 and 2004, defendant George Strouthopoulos ("Strouthopoulos") was the Chief Executive Officer and President of ICOA.

3. At all times in 2003 and/or 2004, and, in particular, with respect to ICOA dealings, communications, discussions and/or negotiations with SSJ Enterprises, LLC ("SSJ") and/or Street Search, LLC ("Street Search"), Vahlsing and Strouthopoulos, and each of them, identified, represented and held themselves out as acting on behalf of ICOA as duly authorized officers of the same, *to wit*, a Chief Financial Officer and Chief Executive Officer and President.
4. At all times in 2004, SSJ and/or Street Search identified and recognized Vahlsing as ICOA's Chief Financial Officer, and Strouthopoulos as ICOA's Chief Executive Officer and President.
5. In or about December, 2003, ICOA was contacted, by and through Vahlsing, by an investment broker named Leighton W. Stallones ("Stallones"). During a discussion in mid to late December, 2003, Stallones inquired of ICOA, as to who was responsible for ICOA's investor relations, public relations and/or market awareness services. ICOA informed Stallones that although ICOA was in the process of evaluating potential candidates and/or entities to perform this scope of services for ICOA, ICOA had yet to engage any person or entity to perform the same. In response, Stallones indicated to ICOA that he may be able to provide ICOA with an introduction to an individual and/or firm that he believed may be of some assistance and who could provide such services.
6. In or about early January, 2004, Stallones contacted ICOA, again, by and through Vahlsing, and provided Vahlsing with contact information for SSJ and Street Search, and identified the same as potential parties and/or entities who could possibly perform certain investor relations, public relations, and/or market awareness services on behalf or for the benefit of ICOA.
7. During January, 2004, ICOA, by and through Vahlsing and/or Strouthopoulos, had a number of discussions and/or communications with SSJ and Street Search in order to determine SSJ and Street Search's experience relative to investor relations, public relations and marketing awareness services, as well as the possibility of SSJ and Street Search performing such services for the benefit and/or on behalf of ICOA.

8. At all times during these discussions and/or communications, in or about January, 2004, Vahlsing identified, represented and held himself out as ICOA's Chief Financial Officer, and Strouthopoulos identified, represented and held himself out as ICOA's Chief Executive Officer and President.
9. The parties' discussions and/or communications in this regard continued in or about February, 2004.
10. On or about February 20, 2004, ICOA, by and through Vahlsing, designed and produced a writing to SSJ and Street Search that reflected a draft or outline of a possible business structure or arrangement by and among ICOA, SSJ and Street Search while the parties continued to discuss and/or negotiate a potential business relationship. This writing was signed by Vahlsing, in his capacity as ICOA's Chief Financial Officer.
11. Subsequent to February 20, 2004, and at all other times relevant hereto, including February 20, 2004, through June, 2004, Vahlsing identified, represented and held himself out as ICOA's Chief Financial Officer, and Strouthopoulos identified, represented and held himself out as ICOA's Chief Executive Officer and President.
12. In addition, SSJ and Street Search, each of them, identified and recognized Vahlsing and Strouthopoulos, and each of them, as acting as the duly authorized officers and/or agents of ICOA.

Respectfully submitted,

George Strouthopoulos &
Erwin Vahlsing, Jr.

By their Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (# 5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778

Dated: October 3, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail upon the following on this 4th day of October, 2005:

**Howard E. Walker, Esq.**
P.O. Box 299
Hope Valley, RI 02832

Darlene Morris