UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC, PLAINTIFFS | : | |
| VS. | : | C.A. No.: 04-0435/T |
| ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR., DEFENDANTS | : | |

**DEFENDANTS' MOTION TO COMPEL**
**PLAINTIFFS' DOCUMENT PRODUCTION**

NOW COMES defendants ICOA, Inc. ("ICOA"), George Strouthopoulos ("Strouthopoulos"), and Ervin Vahlsing, Jr. ("Vahlsing") (collectively hereinafter referred to as the "Defendants"), and each of them, by and through counsel, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, respectively, and hereby move this Court for an order compelling plaintiffs SSJ Enterprises ("SSJ") and Street Search, LLC ("Street Search") (collectively hereinafter as the "Plaintiffs"), and each of them, to produce to the Defendants, for copying and inspection, those certain documents and/or items identified in Exhibit A appended to the amended notices to take the depositions of Stephen Jemal (principal of SSJ) and Jeffrey Podesta (principal of Street Search), respectively, dated July 18, 2005, within ten (10) days of the hearing date hereon. *True and accurate copies of the notices to take the depositions of Stephen Jemal and Jeffrey Podesta, together with accompanying Exhibit A for each such notice, are appended hereto as Exhibits 1 & 2, respectively.*

The Plaintiffs objected to the document requests included in, and incorporated as part of, the notices to take the depositions of Messrs. Jemal and Podesta in advance of said depositions

going forward. Further, at the depositions the Plaintiffs reiterated their objections, and the depositions were suspended insofar as no documents and/or items were produced to the Defendants at the same.

The Defendants endeavored in good faith to resolve this dispute without the necessity of court intervention; however, the Plaintiffs have simply restated their objections and/or position with respect to the subject requests. Thus, the Defendants hereby request this Court for relief, and order that the documents and/or items requested by the Defendants be produced within ten (10) days of the hearing date hereon, and, further, that the depositions of Messrs. Jemal and Podesta, respectively, reconvene relative to said production of documents and/or items.

Respectfully submitted,

ICOA, Inc., George Strouthopoulos, and
Erwin Vahlsing, Jr.

By their Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (# 5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401)-455-1000
Fax: (401)-455-7778

Dated: October 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail upon the following on this 5th day of October, 2005:

**Howard E. Walker, Esq.**
P.O. Box 299
Hope Valley, RI 02832

Darlene Morris