**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SSJ ENTERPRISES, LLC,
and STREET SEARCH, LLC,
Plaintiffs

v. CA04-435T

ICOA, INC., GEORGE
STROUTHOPOULOS and ERWIN
VAHLSING, JR.,
Defendants

**ORDER**

Defendants' Motion for Summary Judgment as to Count Four of Plaintiffs' Complaint is hereby denied without prejudice for failure to comply with Paragraph 8 of the Court's Pretrial Order.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 10/18/05