UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 19 2005
Property of U.S. District Court
District of Rhode Island

SSJ ENTERPRISES, LLC and
STREET SEARCH, LLC, Plaintiffs

vs.

ICOA, INC., GEORGE
STROUTHOPOULOS, and ERWIN
VAHLSING, JR., Defendants

C.A. No. 2004-0435/T

**ORDER**

The matter came before Magistrate Judge Martin on September 19, 2005, on Defendants' motion for a protective order against disclosure of the information requested by items 3 through 5 of the Rule 30(b)(6) deposition notice of defendant ICOA. After hearing argument and consideration of the briefs, it is hereby

**ORDERED**

1. Defendants' motion for protective order is DENIED.

2. Defendant ICOA shall produce the information requested by items 3 through 5 of the Rule 30(b)(6) deposition notice, in writing, within 10 days.

By order,

David L. Martin USMJ
10-21-05

Enter,

[signature]