UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC,** **PLAINTIFFS** | : | |
| **VS.** | : | **C.A. NO.: 04-0435/T** |
| **ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR.,** **DEFENDANTS** | : | |

**AFFIDAVIT OF GEORGE STROUTHOPOULOS.**

I, George Strouthopoulos, upon oath, depose and say as follows:

1. At all times relevant hereto, including during the calendar years 2003 and 2004, I was the Chief Executive Officer and President of ICOA, Inc. ("ICOA"). I served as ICOA's Chief Executive Officer and President from 1991, through approximately early to mid-2005. Since that time I have served as ICOA's Chairman of the Board. At all times in 2003 and/or 2004, and, in particular, with respect to my dealings on behalf of ICOA with SSJ Enterprises, LLC ("SSJ") and/or Street Search, LLC ("Street Search"), or any other party during that timeframe, I always represented or held myself out as acting on behalf of ICOA as its Chief Executive Officer and President. At no time during my dealings and/or communications with either SSJ or Street Search did I ever hold myself out as acting other than in my capacity then as ICOA's Chief Executive Officer and President. As such, I have personal knowledge of the facts stated herein.

2. In or about December, 2003, ICOA was contacted, by and through Erwin Vahlsing, Jr., ("Vahlsing"), ICOA's Chief Financial Officer, by an investment broker named Leighton W. Stallones ("Stallones"). Stallones contacted ICOA to offer his congratulations with regard to its recent acquisition of Airport Network Solutions ("ANS"), as well as to learn more about the business of ICOA.

3. Subsequently, later in or about December 2003, Stallones, again, contacted ICOA, by and through Vahlsing, its Chief Financial Officer, and inquired as to who was responsible for ICOA's investor relations, public relations and/or market awareness services. ICOA informed Stallones that although ICOA was in the process of evaluating potential candidates and/or entities to perform this scope of services for ICOA, ICOA had not yet engaged any such person or entity to perform the same. In response, Stallones indicated to ICOA that he may be able to provide ICOA with an introduction to an individual(s) and/or firm(s) that he believed may be of some assistance and/or could provide such services to ICOA in this regard.

4. In or about early January, 2004, Stallones contacted ICOA, again, by and through Vahlsing, its Chief Financial Officer, and provided Vahlsing with contact information for SSJ and Street Search, and identified the same as potential parties and/or entities to perform certain investor relations, public relations and/or market awareness services on behalf or for the benefit of ICOA.

5. In or about January, 2004, I first had contact with the principals of SSJ and Street Search. These initial contacts with these entities were via telephone. At all times relevant thereto, I always held myself out to SSJ and/or Street Search as and/or was acting as ICOA's Chief Executive Officer and President. These initial communications included discussions regarding Stallones' referral and/or recommendation of SSJ and Street Search, SSJ and Street Search's experience relative to investor relations, public relations and market awareness services, and the possibility of SSJ and Street Search performing those certain investor relations, public relations and/or market awareness services for the benefit and/or on behalf of ICOA. I identified myself as ICOA's Chief Executive Officer and President always. During the month of January there were several discussions with SSJ and Street Search in this regard.

6. At varying times in or about February, 2004, I was aware that SSJ and Street Search had requested that ICOA draft or outline a possible business arrangement, including a possible compensation structure for the parties' contemplated, and being discussed and/or negotiated business relationship and/or arrangement in the event that the parties were to conclude their negotiations and reach an agreement as to material terms and conditions of any agreement with and/or engagement of SSJ and Street Search to perform a certain scope of investor relations, public relations and/or market awareness services on behalf and/or for the benefit of ICOA. During February, 2004, the parties – ICOA, by and through Vahlsing as its Chief Financial Officer and me, as ICOA's Chief Executive Officer and President, SSJ and Street Search, by and through their respective principals – continued to negotiate with respect to the scope of services to be performed, the nature and form of compensation, and performance benchmarks or milestones that would "trigger" any such compensation.

7. During this period, to the extent that any materials, writings and/or communications were addressed to SSJ and/or Street Search by ICOA, through me, and/or forwarded to me by either of those entities, the same was always done so in my capacity as the Chief Executive Officer and President of ICOA. SSJ and Street Search always recognized me as such.

8. From February, 2004, through early June, 2004, ICOA, by and through Vahlsing in his capacity as ICOA's Chief Financial Officer, and me, in my capacity as ICOA's Chief Executive Officer and President, and SSJ and Street Search continued in our discussions and/or negotiations in an effort to reach a "meeting of the minds" as to the material terms and conditions of any agreement to be formed relative to SSJ and Street Search performing a certain scope of professional services, and a compensation structure for performance of the same. At all times relevant thereto, I participated in said negotiations solely in my capacity as the Chief

Executive Officer and President of ICOA, and always held myself out to SSJ and Street Search as an agent of ICOA in that regard.

9. During the above timeframe, any and all communications, correspondence and/or other writings that were directed by me to either SSJ or Street Search, or that were forwarded to SSJ and Street Search, by and through their principals, were done so in my capacity as the Chief Executive Officer and President of ICOA. Further, any and all communications, correspondence and/or other writings that I received or that were addressed to me by either SSJ and/or Street Search were, again, directed to or received by me in my capacity as Chief Executive Officer and President of ICOA.

George Strouthopoulos, Chairman -
ICOA, Inc.

State of Rhode Island
County of Kent

Subscribed and sworn to before me in the County of Kent, State of Rhode Island on this 10th day of November, 2005.

Notary Public ID# 52604
My Commission Expires on: 12-22-2007