**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC, PLAINTIFFS** | : | |
| **VS.** | : | **C.A. NO.: 04-0435/T** |
| **ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR., DEFENDANTS** | : | |

**AFFIDAVIT OF ERWIN VAHLSING, JR.**

I, Erwin Vahlsing, Jr., upon oath, depose and say as follows:

1. At all times relevant hereto, I was the Chief Financial Officer of ICOA, Inc. ("ICOA"). I was the Chief Financial Officer from 2001 to 2005, and now serve as ICOA's Vice President of Finance. I always represented myself as ICOA's Chief Financial Officer in my dealings on behalf of ICOA with SSJ Enterprises, LLC ("SSJ") and/or Street Search, LLC ("Street Search"), or any other party. At no time during my dealings and/or communications with either SSJ or Street Search did I ever hold myself out as acting other than as ICOA's Chief Financial Officer. As such, I have personal knowledge of the facts stated herein.

2. In or about December, 2003, ICOA was contacted, by and through me, in my capacity as ICOA's Chief Financial Officer, by investment broker Leighton W. Stallones ("Stallones"), who contacted ICOA to offer his congratulations with regard to its recent acquisition of Airport Network Solutions ("ANS"), as well as to learn more about the business of ICOA. Further, during our initial discussion, Stallones indicated that he wanted to be added to the "list" of potential and/or interested investors and/or brokers relative to ICOA. ICOA complied with Stallones' request, and added Stallones to ICOA's "list".

3. Subsequently, later in or about December 2003, Stallones, again, contacted ICOA, by and through me, in my capacity as ICOA's Chief Financial Officer, and inquired as to who was responsible for ICOA's investor relations, public relations and/or market awareness services. I informed Stallones that although ICOA was in the process of evaluating potential candidates and/or entities to perform this scope of services for ICOA, ICOA had not yet engaged any such person or entity to perform the same. In response, Stallones indicated to ICOA that he may be able to provide ICOA with an introduction to an individual(s) and/or firm(s) that he believed may be of some assistance and/or could provide such services to ICOA in this regard.

4. In or about early January, 2004, Stallones contacted ICOA, again, by and through me, in my capacity as ICOA's Chief Financial Officer, and provided me with contact information for SSJ and Street Search, and identified the same as potential parties and/or entities to perform certain investor relations, public relations and/or market awareness services on behalf or for the benefit of ICOA.

5. In or about mid-January, 2004, on behalf of ICOA, in my capacity as the Chief Financial Officer of ICOA, I had an initial contact, by telephone, with the principals of both SSJ and Street Search about Stallones' referral and/or recommendation, as well as about the possibility of those entities and/or firms performing certain investor relations, public relations and/or market awareness services for the benefit and/or on behalf of ICOA. I identified myself as ICOA's Chief Financial Officer during these initial discussions with SSJ and Street Search. During the month of January there were several discussions with SSJ and Street Search in this regard. At all times, I identified and/or held myself out to the appropriate representatives at SSJ and Street Search as the Chief Financial Officer of ICOA, and, further, indicated that I was acting on behalf of ICOA in that capacity.

6. At varying times, in or about February, 2004, both SSJ and Street Search had requested that ICOA draft or outline a possible business arrangement including a possible compensation structure for the parties' contemplated, and being discussed, business relationship and/or arrangement in the event that the parties were to conclude their negotiations and reach an agreement as to material terms and conditions of any agreement with and/or engagement of SSJ and Street Search to perform certain investor relations, public relations and/or market awareness services on behalf and/or for the benefit of ICOA. During February, 2004, the parties – ICOA, by and through me as its Chief Financial Officer, SSJ and Street Search, by and through their respective principals – continued to negotiate with respect to the scope of services to be performed, the nature and form of compensation, and performance benchmarks or milestones that would "trigger" any such compensation.

7. On or about February 20, 2004, ICOA, by and through me, in my capacity as the Chief Financial Officer of ICOA, designed and forwarded to SSJ and Street Search, by and through their principals, a draft or outline of a possible business structure relative to the parties' contemplated, and being discussed and negotiated, arrangement. This draft or outline was prepared and signed by me, in my capacity as the Chief Financial Officer of ICOA, and not in my individual capacity. This was consistent with my prior representations to both SSJ and Street Search that, at all relevant times thereto, I was acting in my capacity as the Chief Financial Officer of ICOA.

8. During this period, to the extent that any materials and/or writings were addressed to SSJ and/or Street Search by ICOA, through me, and/or forwarded to me by either of those entities, the same was always done so in my capacity as the Chief Financial Officer of ICOA.

9. On or about February 24, 2004, ICOA, by and through me, in my capacity as ICOA's Chief Financial Officer, received from SSJ and Street Search the draft or outline of a possible business structure that was "signed off on" by SSJ and Street Search, by and through their respective principals, which was previously forwarded to SSJ and Street Search relative to the parties' being discussed and/or negotiated business arrangement.

10. Notwithstanding the February, 2004 writing, from February, 2004, through early June, 2004, ICOA, by and through me, in my capacity as Chief Financial Officer of ICOA, together with George Strouthopoulos ("Strouthopoulos"), ICOA's then Chief Executive Officer and President, and SSJ and Street Search continued in our negotiations in an effort to reach a "meeting of the minds" as to the material terms and conditions of any agreement for SSJ and Street Search to perform a certain scope of professional services, and a compensation structure for performance of the same. At all times relevant thereto, I participated in said negotiations solely in my capacity as the Chief Financial Officer of ICOA, and always held myself out to SSJ and Street Search as an agent of ICOA in that regard.

11. During the above timeframe, any and all communications, correspondence and/or other writings that were directed by me to either SSJ or Street Search, or that were forwarded to SSJ and Street Search, by and through its principals, were done so in my capacity as the Chief Financial Officer of ICOA. Further, any and all communications, correspondence and/or other writings that I received or that were addressed to me by either SSJ and/or Street Search were again done so, in my capacity as Chief Financial Officer of ICOA.

Erwin Vahlsing, Jr., Vice President Finance - ICOA, Inc.

State of Rhode Island
County of Kent

Subscribed and sworn to before me in the County of Kent, State of Rhode Island on this 10th day of November, 2005.

Notary Public ID# 52604
My Commission Expires on: 12/22/2007