UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

DEC 2 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISL

SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC,
PLAINTIFFS

VS. C.A. No.: 04-0435/T

ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR.,
DEFENDANTS

## ORDER

The above-entitled action having come before the Honorable Magistrate Judge David L. Martin on this 14th day of November, 2005, upon defendants ICOA, Inc. ("ICOA"), George Strouthopoulos ("Strouthopoulos") and Erwin Vahlsing, Jr.'s ("Vahlsing") (collectively, the "Defendants") motion to compel production of documents, and plaintiffs SSJ Enterprises, LLC ("SSJ") and Street Search, LLC's ("Street Search") (collectively, the "Plaintiffs") respective objections thereto, and after considering the papers and pleadings in this matter, as well as the arguments of counsel, in open court, it is hereby

ORDERED, ADJUDGED & DECREED

1. Defendants' motion to compel production of documents is *GRANTED IN PART* and *DENIED IN PART*, and, further, the Plaintiffs' respective objections thereto are *OVERRULED IN PART* and *SUSTAINED IN PART*.
2. The Plaintiffs are not required to respond to Defendants request for production of documents Nos. 1 and 2, respectively, as set forth in Exhibit A of the amended notices of deposition, dated July 18, 2005, in connection with the above-entitled action.
3. Within ten (10) days of the date of entry of this order, the Plaintiffs shall provide to Defendants true and accurate copies of any and all documents

and/or items that are responsive to Defendants request for production of documents Nos. 3 and 4, respectively, as set forth in the amended notices of deposition, dated July 18, 2005, in connection with the above-entitled action.

4. Within ten (10) days of the date of entry of this order, the Plaintiffs shall provide to the Defendants true and accurate copies of any and all documents and/or items that may be responsive to Defendants request for production of documents No. 5 as set forth in the amended notices of deposition, dated July 18, 2005, in connection with the above-entitled action, only insofar as the same relates to any representative(s) of Street Search, LLC giving a presentation and/or setting forth written materials for a Boston, Massachusetts seminar/continuing education program, in or about 2004, which was attended by the Defendants, and/or any of their respective agents, representatives or employees.

5. Insofar as the Plaintiffs have represented that there are no documents and/or items that may be responsive to Defendants request for production of documents Nos. 6 and 7, as set forth in the amended notices of deposition, dated July 18, 2005, the same are moot, and, further, Defendants request for relief as it relates to the same is hereby withdrawn.

ENTER:

David L. Martin

Date: December 30, 2005 USMJ

PER ORDER:

Date: December 2?, 2005

Presented By:

Christopher M. Mulhearn (#5188)
**FERRUCCI RUSSO, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax.: (401) 455-7778

Dated: December ~~9~~ 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via facsimile & via first-class, postage prepaid mail upon the following on this 21st day of December, 2005:

**Howard E. Walker, Esq.**
P.O. Box 299
Hope Valley, RI 02832

Darlene Morris