UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SSJ ENTERPRISES, LLC and
STREET SEARCH, LLC

v. C.A. No. 04-435T

ICOA, INC.,
GEORGE STROUTHOPOULOS and
ERWIN VAHLSING, JR.

VERDICT

We, the jury, find: (Check appropriate line)

For the plaintiffs, SSJ Enterprises, LLC and Street Search, LLC ✓

For the defendant, ICOA, Inc. ________

If you found for the plaintiffs, SSJ Enterprises, LLC and Street Search, LLC, please state the amount of damages: $ present value of Stock .3 per Share $ 900,000

Signature of Foreperson
Date: