AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

SSJ Enterprises, LLC, et al. v. Icoa, Inc., et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA04-435T

| PRESIDING JUDGE | PLAINTIFFS ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| Ernest C. Torres | Howard E. Walker, Esq. | Christopher Mulhearn, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/27/06, 2/28/06, 3/1/06,3/2/06 | Angela Reynolds/Anne Clayton | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/27/06 | | | W-1 Stephen Jemal |
| 1 | | 2/27/06 | X | FULL | 2/3/04 Email from E. Vahlsing to Engenheiro re: ICOA Information (w/out attach.) |
| 2 | | 2/27/06 | X | FULL | 2/11/04 Email from E. Vahlsing to Engenheiro re: Use of Proceeds (w/attach.) |
| 3 | | 2/27/06 | X | FULL | 2/12/04 Email from Engenheiro to Vahlsing re: ICOA Use of Proceeds |
| 6 | | 2/27/06 | X | FULL | 2/20/04 Email from Vahlsing to Jemal & Podesta re: Agreement (w/ 4 pg. attach.) |
| 8 | | 2/27/06 | X | FULL | 2/24/04 Fax from Vahlsing to Jemal w/ signed "Service Agreement" |
| 14 | | 2/27/06 | X | FULL | 5/24/04 Email from Vahlsing to Jemal re: Bar Mitzvah w/ attached Jemal reply |
| 16 | | 2/27/06 | X | FULL | 6/3/04 Email from Vahlsing to Jemal & Podesta re: Contact Information |
| 18 | | 2/27/06 | X | FULL | 6/7/04 Email from Jemal to Vahlsing re: SSJ/Street Search Share Issue |
| | | 2/28/06 | | | W-2 Jeffrey J. Podesta |
| 4 | | 2/28/06 | X | FULL | 2/13/04 Email from Vahlsing to Podesta & Jemal re: PPM Documents (w/out attachment) |
| 5 | | 2/28/06 | X | FULL | 2/19/04 Email Vahlsing to Engenheiro re: Conversion Price Language (w/attachment and forwarding email to Podesta and Jemal) |
| 7 | | 2/28/06 | X | FULL | 2/20/04 Email from Engenheiro to Vahlsing & Strouthopoulos re: Conversion Price Language (with term sheet attached) |
| 9 | | 2/28/06 | X | FULL | 3/23/04 Email from Vahlsing to Podesta re: Revised Cornell Press Release (w/ attached press release regarding Cornell financing) |
| 10 | | 2/28/06 | X | FULL | 3/23/04 ICOA Press Release re: Cornell financing |
| 12 | | 2/28/06 | X | FULL | 5/3/04 Email from Cannon to Podesta & Jemal re: Investor Profile2.doc (w/attach.) |
| 17 | | 2/28/06 | X | FULL | 6/3/04 Email from Vahlsing to Jemal & Podesta re: Update On Wi-Fi America |
| 15 | | 2/28/06 | X | FULL | 6/1/04 Email from Podesta to Strouthopoulos re: Agreement |
| 19 | | 2/28/06 | X | FULL | 6/8/04 Email From Podesta to Vahlsing re: follow-up with Vahlsing reply |
| 20 | | 2/28/06 | X | FULL | 6/18/04 Email from Vahlsing to Podesta re: Shareholder Meeting |
| 34 | | 2/28/06 | X | FULL | ICOA SEC Filing of 12/28/05 (Pages 1-3 of 92) |
| | V | 2/28/06 | X | FULL | Undated - Handwritten notes by Jeff Podesta re: ICOA, Inc.'s proposed corporate profile |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

SSJ Enterprises, LLC, et al. V. Icoa, Inc., et al.

CASE NUMBER: CA04-435T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | T | 2/28/06 | X | FULL | 2/21/04 - Handwritten memo from Podesta to Vahlsing re: proposed generic email on ICOA |
| | | 2/28/06 | | | W-3 Erwin Vahlsing, Jr. |
| 21 | | 2/28/06 | X | FULL | ICOA Weekly Cash On Hand Table |
| 22 | | 2/28/06 | X | FULL | ICOA Credit Lines Available Table |
| 23 | | 2/28/06 | X | FULL | ICOA Payroll Table |
| 28 | | 2/28/06 | X | FULL | 6/26/04 Email from Vahlsing to Engenherio re: Agreement w/SSJ and Streetsearch and Engenheiro reply |
| 29 | | 2/28/06 | X | FULL | 6/30/04 Email from Vahlsing to diBattista, et al. re: Agreement with Cannon reply |
| | | 2/28/06 | | | W-4 George Strouthopoulos |
| | | 2/28/06 | | | W-3 Erwin Vahlsing, Jr. |
| | H | 2/28/06 | X | FULL | January 2004 - ICOA, Inc. Business Plan Update |
| | J | 2/28/06 | X | FULL | 2/4/04 Email from Vahlsing to bigbenrik@aol.com re: ICOA business plan for review (w/out attach.) |
| | S | 2/28/16 | X | FULL | 2/20/04 Email from Engenheiro to Vahlsing re: scheduling tentative meeting in NYC |
| | U | 2/28/06 | X | FULL | 2/21/04 Email from Vahlsing to Podesta re: draft of ICOA, Inc. corporate profile (w/attach.) |
| | W | 2/28/06 | X | FULL | 2/21/04 Email from Vahlsing to Strouthopoulos & Podesta re: revised ICOA, Inc. corporate profile (w/attachments) |
| | X | 2/28/06 | X | FULL | 2/23/04 Email from Vahlsing to Engenheiro re: draft reference letters (w/attachments) |
| | Y | 2/28/06 | X | FULL | 2/24/04 Email from Engenheiro to Vahlsing re: revisions to draft reference letters (w/attach.) |
| | Z | 2/28/06 | X | FULL | 2/24/04 Email from Engenheiro to Vahlsing re: further revisions to draft reference letters (w/attach.) |
| | BB | 2/28/06 | X | FULL | 3/2/04 Email from Vahlsing to Engenheiro re: purchase price modification, w/reply by Engenheiro acknowledging receipt (w/attachment) |
| | LL | 2/28/06 | X | FULL | 3/19/04 Email correspondence from Engenheiro to Vahlsing re: draft press release (w/attachment) |
| | MM | 2/28/06 | X | FULL | 3/23/04 Email from Vahlsing to Strouthopoulos, Cannon, Engenheiro & Parker re: revised press release |
| | NN | 2/28/06 | X | FULL | 3/23/04 Email from Engenheiro to Vahlsing, copy to Strouthopoulos re: "adjustments" to revised press release (w/out attachment) |
| | OO | 2/28/06 | X | FULL | 4/21/04 Email from R. Schiffmann to Vahlsing, Strouthopoulos and diBattista re: investor profile - ICOA investor profile draft (w/attachment) |
| | RR | 2/28/06 | X | FULL | 5/28/04 Email from Vahlsing to J. Blanck re: ICOA name change |
| | TT | 2/28/06 | X | FULL | 6/4/04 Email from Vahlsing to Jemal & Podesta re: status of ICOA name reservation (Wi-Fi America) as received from J. Blanck |
| | | 2/28/06 | | | W-4 George Strouthopoulos |
| | K | 3/1/06 | X | FULL | 2/4/04 Email from M. Kang of Capital West Funding Partners to Strouthopoulos re: tentative February 12, 2004 meeting |
| | Q | 3/1/06 | X | FULL | 2/19/04 Engagement letter of Dartmouth Capital, Inc. signed by ICOA, Inc. |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

SSJ Enterprises, LLC, et al. V. Icoa, Inc., et al.

CASE NUMBER: CA04-435T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | CC | | X | | 3/4/04 Email from R. Gray of vSource 1 and Scarborough Capital to Strouthopoulos re: term sheet for funding proposal for ICOA, Inc. (w/attachment) |
| | | 3/1/06 | | | W-5 Richard Schiffmann |
| | PP | | X | | 5/3/04 Email from T. Cannon to Podesta and Jemal re: investor profile2 (w/attachment) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |