**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SSJ ENTERPRISES, LLC, ET Al.

Plaintiffs

vs. C.A. No. 04-435T

ICOA, INC., ET AL.

Defendants

## JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the Jury Verdict on March 2, 2006, Judgment hereby enters in favor of the Plaintiffs SSJ Enterprises, LLC and Street Search, LLC against the Defendant, Icoa, Inc. for Breach of Contract. Jury awards damages in the amount of $900,000.00.

Judgment enters in favor of Defendants George Strouthopoulos and Erwin Vahsling, Jr. with respect to the claims against them individually.

ENTER:

Deputy Clerk

Dated: March 13, 2006