UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC,<br><br>Plaintiffs<br><br>vs.<br><br>ICOA, INC.; GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR.,<br><br>Defendants | C.A. NO.: 04-0435/T |

STIPULATION

BY AGREEMENT OF THE PARTIES HERETO, plaintiffs SSJ Enterprises, LLC ("SSJ") and Street Search, LLC ("Street Search") (collectively, the "Plaintiffs") and defendant ICOA, Inc. ("ICOA") hereby consent and stipulate as follows:

1. ICOA's motion to stay the effect of that certain Judgment, dated March 13, 2006, entered by this Court in favor of the Plaintiffs, and against ICOA, in the above-entitled action is granted, retroactive to March 13, 2006, pending further order of the Court or agreement of the parties.

2. ICOA's motion to amend judgment and to strike jury award shall be continued for hearing to the next available hearing date that may be assigned for this matter by the Court.

Agreed, consented, and stipulated to:

SSJ Enterprises, LLC and Street Search, LLC

By its Attorney,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, RI 02832
Tel.: (401) 439-8236
Fax: (401) 539-0066

Dated: ~~April~~ May 2, 2006

ICOA, Inc.

By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 455-7778

ENTER:

Date: ~~April~~ May 4, 2006

PER ORDER:

Date: April __, 2006