UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC, PLAINTIFFS : | |
| VS. : | C.A. NO.: 04-0435/T |
| ICOA, INC., GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR., DEFENDANTS : | |

## MOTION TO WITHDRAW AS LEGAL COUNSEL

NOW COME W. Mark Russo, Esq. and Christopher M. Mulhearn, Esq., of Ferrucci Russo, P.C., and hereby move this Court for an order permitting each of them, and Ferrucci Russo, P.C., to withdraw as legal counsel on behalf of Defendant, ICOA, Inc. ("ICOA") in connection with the above-entitled action.

As reason therefore, the undersigned counsel states that there has been an irreconcilable breakdown in the attorney-client relationship that has made it impracticable to continue to effectively assist ICOA in this matter.

Respectfully submitted,

W. Mark Russo (#3937)
Christopher M. Mulhearn (# 5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401)-455-1000
Fax: (401)-455-7778

Dated: June 8, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the within was served via first-class, postage prepaid mail and via certified mail, return receipt requested, upon the following on this 8th day of June, 2006:

Howard E. Walker, Esq.
P.O. Box 299
Hope Valley, RI 02832

ICOA, Inc.
c/o Francis D. Parisi, Esq.
Registered Agent
202 Broadway
Providence, RI 02903

Mr. Stephen Cummings
Chief Financial Officer
c/o ICOA, Inc.
111 Airport Road
Warwick, RI 02889

Mr. Richard Schiffmann
Chief Executive Officer & President
c/o ICOA, Inc.
111 Airport Road
Warwick, RI 02889

Jeffrey Gladchun, Esq.
Corporate Counsel
c/o ICOA, Inc.
111 Airport Road
Warwick, RI 02889

Darlene Morris