UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC; and STREET SEARCH, LLC,<br><br>Plaintiffs<br><br>vs.<br><br>ICOA, INC.: GEORGE STROUTHOPOULOS; and ERWIN VAHLSING, JR.,<br><br>Defendants | : | C.A. No.: 04-0435/T |

**ICOA, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO AMEND JUDGMENT AND TO STRIKE JURY AWARD**

NOW COMES defendant ICOA, Inc. ("ICOA"), by and through counsel, and hereby provides notice to all parties hereto, as well as to the Court that ICOA withdraws its previously filed motion to amend judgment and to strike jury award in connection with the above-identified action.

Accordingly, ICOA respectfully suggests to the Court that there is no need for any hearing thereon.

Respectfully submitted,

ICOA, Inc.

By its Attorneys,

W. Mark Russo (#3937)
Christopher M. Mulhearn (# 5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel: (401)-455-1000
Fax: (401)-455-7778

Dated: June 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via facsimile and via first-class, postage prepaid mail upon the following on this 22nd day of June, 2006:

**Howard E. Walker, Esq.**
P.O. Box 299
Hope Valley, RI 02832

Further, I hereby certify that a true and accurate copy of the within was served via facsimile and via first-class, postage prepaid mail and via certified mail, return receipt requested, upon the following on this 22nd day of June, 2006:

**ICOA, Inc.**
**c/o Francis D. Parisi, Esq.**
Registered Agent
202 Broadway
Providence, RI 02903

**Mr. Stephen Cummings**
Chief Financial Officer
c/o ICOA, Inc.
111 Airport Road
Warwick, RI 02889

**Mr. Richard Schiffmann**
Chief Executive Officer & President
c/o ICOA, Inc.
111 Airport Road
Warwick, RI 02889

**Jeffrey Gladchun, Esq.**
Corporate Counsel
c/o ICOA, Inc.
111 Airport Road
Warwick, RI 02889

Darlene Morris