# EXHIBIT RECEIPT

SSJ Enterprises

VS: CA No. 04-435T

Icon, Inc.

I hereby acknowledge receipt of Defendant's exhibits -

**H,J,K,Q,S,T,U,V,W,X,Y,Z**
**BB,CC,LL,MM,NN,OO,PP,RR,TT**

Amato Berman ______ 8/7/08 ______
Attorney Date

for Chris Mulhearn